JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHNNY RAY BUTLER,

          Petitioner,

        vs.

DAVID SHINN, Warden

          Respondent.

Case No. CV 18-3011-PA (SP)

**JUDGMENT**

Pursuant to the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

Dated: April 24, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

1